# GREENWALD·DOHERTY

Attorneys at Law

30 Ramland Road, Suite 201  Orangeburg, New York  10962     TEL: 845.589.9300     FAX: 845.638.2707

November 25, 2019

**Via ECF**
Honorable Gabriel W. Gorenstein
Honorable J. Paul Oetken
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

MEMO ENDORSED

Re:    *Jose Ramos v. JJDA Enterprises LLC et al,*
         Case No. 18 Civ. 10658 (JPO) (GWG)

Dear Judges Gorenstein and Oetken:

We represent Defendants in the above-captioned matter. We write on behalf of both parties to respectfully request an adjournment of the settlement conference scheduled before Judge Gorenstein on December 3, 2019 at 2:30 p.m., and all related deadlines. We also request an adjournment of the status conference now scheduled before Judge Oetken on December 13, 2019 at 12:30 p.m.

The parties jointly make this request because settlement discussions began last week and the parties wish to attempt to first resolve this matter informally, without incurring the cost of counsel attending mediation. This is our second adjournment request of both respective conferences.

We therefore request that the court order the following:

That the mediation before Judge Gorenstein currently scheduled for December 3, 2019 at 2:30 p.m. be adjourned to **January 30, 2020 at 2:30 p.m.**; and that all mediation-related deadlines be adjourned accordingly;

That the status conference now scheduled before Judge Oetken on December 13, 2019 at 12:30 p.m. be continued until on or after January 30, 2020, *excluding February 7, 10, or 11 when defense counsel will be out of state*; and that, consistent with ECF No. 31, all discovery deadlines continue to be stayed until further order of the Court.

*Settlement conference adjourned to January 30, 2020 at 2:30. Letter due January 24, 2020.*

Respectfully,

/s/

Jessica Shpall Rosen
JSR@GreenwaldLLP.com

Cc:    Anne Nacinovich
         anacinovich@lsnyc.org

SO ORDERED / DATE: 11/27/2019
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

545 5th Avenue          1 Bridge Plaza North     1650 Market Street        263 Tresser Blvd.       110 E. Broward Blvd.      11601 Wilshire Blvd.
Suite 640               2nd Floor                36th Floor                9th Floor               Suite 1700                5th Floor
New York, NY 10017      Fort Lee, NJ 07024       Philadelphia, PA 19103    Stamford, CT 06901      Ft. Lauderdale, FL 33301  Los Angeles, CA 90025
                                                 TEL: 215.575.1180         TEL: 203.328.7598       TEL: 754.203.5550         TEL: 424.269.6550

firm.greenwaldllp.com   ●   www.greenwaldllp.com

Please Respond to the Orangeburg Office Above