# GREENWALD·DOHERTY
Attorneys at Law

30 Ramland Road, Suite 201 Orangeburg, New York 10962   TEL: 845.589.9300   FAX: 845.638.2707

January 22, 2020

**Via ECF**
Honorable Gabriel W. Gorenstein
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

   **Re:** *Jose Ramos v. JJDA Enterprises LLC et al,*
      Case No. 18 Civ. 10658 (JPO) (GWG)

MEMO ENDORSED

Dear Judge Gorenstein:

  We represent the defendants in the above-referenced matter. On January 15, 2020 with the consent of plaintiff's counsel, we requested a pre-motion conference before Judge Oetken in advance of defendants' anticipated motion *in camera* for withdrawal pursuant to Local Rule 1.4 of the Southern District of New York, and Rule 1.16(c)(7) of the New York Rules of Professional Conduct.

  Judge Oetken granted the request (see attached ECF Dkt 41) and the parties are scheduled to appear before Judge Oetken on January 29, 2020 at 12:30 p.m.

  As a result of these developments, the parties request that the settlement conference scheduled for January 30, 2020 and all related deadlines be adjourned *sine die*.

  Thank you for Your Honor's courtesies in this matter.

*Granted.*

SO ORDERED. DATE: 1/22/20
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Respectfully,

/s/

Jessica Shpall Rosen
JSR@GreenwaldLLP.com

Cc: Anne Nacinovich, anacinovich@lsnyc.org

545 5th Avenue, Suite 640, New York, NY 10017, TEL: 212.644.1310
1 Bridge Plaza North, 2nd Floor, Fort Lee, NJ 07024, TEL: 201.862.9644
1650 Market Street, 36th Floor, Philadelphia, PA 19103, TEL: 215.575.1180
263 Tresser Blvd, 9th Floor, Stamford, CT 06901, TEL: 203.328.7598
110 E. Broward Blvd, Suite 1700, Ft. Lauderdale, FL 33301, TEL: 754.203.5550
11601 Wilshire Blvd, 5th Floor, Los Angeles, CA 90025, TEL: 424.269.5550

firm.greenwaldllp.com   www.greenwaldllp.com

Please Respond to the Orangeburg Office Above