UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE RAMOS,

                Plaintiff,

-v-

JJDA ENTERPRISES, INC., *et al.*

                Defendants.

18-CV-10658 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. (Dkt. No. 64.) The proposed settlement involves $7,400 to be allocated to Plaintiff Jose Ramos in connection with his FLSA claims. (*See id.* at 2.) The Bronx Legal Services, who represented Ramos, will not receive legal fees for their work. (*See* Dkt. No. 64-1 at 3.)

    The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

    To that end, the proposed settlement at Docket Number 64 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: March 28, 2022
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge